425 A.2d 835

Commonwealth v. Groce, Appellant.

Submitted September 13, 1979. Richard H. Anderson, for appellant; Michael Emuryan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.